IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03075-PAB-CBS

KATHIE VELASQUEZ,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
UNITED SERVICES AUTOMOBILE ASSOCIATION (d/b/a "USAA"),
USAA COMPREHENSIVE WELFARE BENEFITS PLAN,
USAA SHORT-TERM DISABILITY BENEFIT PLAN, and
USAA LONG-TERM DISABILITY BENEFIT PLAN,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Motion for Dismissal With Prejudice [Docket No. 23] of this administratively closed case. *See* Docket No. 21. It is

    **ORDERED** that the Joint Motion for Dismissal With Prejudice [Docket No. 23] is granted. It is further

    **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED November 4, 2015.